UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RODOLFO CORDERO GONZALEZ,                         18-CV-6055 (BMC)

                Plaintiff,

   -against-

MIDLAND MEAT TRADING, INC., TOM SA, and
ZHAO JIA SA,

                Defendants.
----------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for the Plaintiff. I certify that I am admitted to practice law in the Eastern District of New York.

Date:  Massapequa, New York
        December 7, 2018

                                  _____
                                  Keith E. Williams, Esq.
                                  Neil H. Greenberg & Associates, P.C.
                                  *Attorneys for the Plaintiff*
                                  4242 Merrick Road
                                  Massapequa, New York 11758
                                  Tel: 516.228.5100
                                  Fax: 516.228.5106
                                  keith@nhglaw.com