UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RODOLFO CORDERO GONZALEZ,                    18-CV-6055 (CLP)

                    Plaintiff,

-against-

MIDLAND MEAT TRADING, INC., TOM SA, and
ZHAO JIA SA,

                    Defendants.
-----------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel for the Plaintiff. I certify that I am admitted to practice law in the Eastern District of New York.

Date:  Massapequa, New York
        April 3, 2019

                                      Neil H. Greenberg & Associates, P.C.

                                      By: _____
                                            Justin M. Reilly, Esq.
                                      Attorneys for Plaintiff
                                      4242 Merrick Road
                                      Massapequa, New York 11758
                                      (516) 228-5100