| | FOR SETTLEMENT PURPOSES ONLY |
| --- | --- |
| | ESTIMATED CALCULATION OF DAMAGES |
| | RODOLFO CORDERO GONZALEZ |

### FLSA/NYLL OVERTIME COMPENSATION OWED

| Year | Period | Number of Weeks Worked | Number of Hours Worked Per Week | Overtime Hours (Hrs Worked-40 Hrs) | Weekly Compensation | Regular Rate (RR) (Weekly Comp. / No. Hrs Worked per Week) | Overtime Rate (OTR) (RR x 1.5) | Difference b/w OTR and RR | Overtime Owed Per Week (OT Hrs x Diff.) (Half-Time for All Hrs Worked > 40) | Total Overtime Comp Owed (OT Owed Per Week x No. of Weeks Worked) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2017 | Jan. 1 - Nov. 25 | 47.00 | 48.00 | 8.00 | $ 500.00 | $ 10.42 | $ 15.63 | $ 5.21 | $ 41.68 | $ 1,958.96 |
|  | Nov. 26 - Dec. 30 | 5.00 | 48.00 | 8.00 | $ 600.00 | $ 12.50 | $ 18.75 | $ 6.25 | $ 50.00 | $ 250.00 |
|  | | | | | | | | | **2017 Overtime Compensation Owed:** | **$ 2,208.96** |
| 2018 | Dec. 31 - Jun. 16 | 24.00 | 48.00 | 8.00 | $ 600.00 | $ 12.50 | $ 18.75 | $ 6.25 | $ 50.00 | $ 1,200.00 |
|  | | | | | | | | | **2018 Overtime Compensation Owed:** | **$ 1,200.00** |
|  | | | | | | | | | **TOTAL FLSA/NYLL OVERTIME OWED:** | **$ 3,408.96** |

### NYLL MINIMUM WAGE COMPENSATION OWED

| Year | Period | Number of Weeks Worked | Number of Hours Worked Per Period | Weekly Compensation | Regular Rate (RR) (Weekly Comp. / 48 Hrs Worked per Week) | Statutory Minimum Wage Rate (MWR) | Difference b/w MWR and RR | MW Owed Per Week (Hrs Worked x Diff.) | Total MW Comp Owed (MW Owed Per Week x No. of Weeks Worked) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2014 | Dec. 31 | 1.00 | 8.00 | $ 388.00 | $ 8.08 | $ 8.75 | $ 0.67 | $ 5.36 | $ 5.36 |
|  | | | | | | | | **2014 Minimum Wage Compensation Owed:** | **$ 5.36** |
| 2015 | Jan. 1 - Jan. 3 | 1.00 | 24.00 | $ 388.00 | $ 8.08 | $ 8.75 | $ 0.67 | $ 16.08 | $ 16.08 |
|  | Jan. 4 - Dec. 26 | 51.00 | 48.00 | $ 388.00 | $ 8.08 | $ 8.75 | $ 0.67 | $ 32.16 | $ 1,640.16 |
|  | Dec. 27 - Dec. 30 | 1.00 | 24.00 | $ 388.00 | $ 8.08 | $ 8.75 | $ 0.67 | $ 16.08 | $ 16.08 |
|  | | | | | | | | **2015 Minimum Wage Compensation Owed:** | **$ 1,672.32** |
|  | | | | | | | | **TOTAL FLSA/NYLL MINIMUM WAGE COMPENSATION OWED:** | **$ 1,677.68** |

### NYLL 195(3) WAGE STATEMENT STATUTORY DAMAGES

| Year | Period | Number of Weeks Worked | Number of Days Worked per Week (not applicable prior to Feb. 27, 2015) | Total Number of Work Days (Weeks Worked x Work Days per Week) (not applicable prior to Feb. 27, 2015) | NYLL 195(3) Notices Received | Statutory Penalties ($100.00 x No. of Weeks prior to Feb. 27, 2015) ($250.00 x No. of Days after Feb. 26, 2015) |
| --- | --- | --- | --- | --- | --- | --- |
| 2015 | Dec. 31 - Feb. 26 | 8.00 | - | - | None | $ 800.00 |
|  | **\*Statutory Maximum Prior to Feb. 27, 2015 ($2,500 = $50.00 x 50 weeks):** | | | | | **$ 800.00** |
| 2015 | Feb. 27 - Dec. 26 | 43.00 | 6.00 | 258.00 | None | $ 64,500.00 |
|  | Dec. 27 - Dec. 30 | 1.00 | 3.00 | 3.00 | None | $ 750.00 |
| 2017 | Jan. 1 - Dec. 30 | 52.00 | 6.00 | 312.00 | None | $ 78,000.00 |
| 2018 | Dec. 31 - Jun. 16 | 24.00 | 6.00 | 144.00 | None | $ 36,000.00 |
|  | **\*Statutory Maximum After Feb. 26, 2015 ($5,000 = $250.00 x 20 days):** | | | | | **$ 5,000.00** |
|  | **TOTAL NYLL 195(3) PENALTIES:** | | | | | **$ 5,000.00** |

### CPLR INTEREST PURSUANT TO NY LAW

| NYLL Claims Period Start | NYLL Claims Period End | Approximate Mid-Point | Number of Years From Mid-Point to 12/13/2018 | 9% Interest Rate/ Year | NYLL Comp Owed (OT + MW + SOH) | Total Interest Owed (No. Years x 0.09 x NYLL Comp Owed) |
| --- | --- | --- | --- | --- | --- | --- |
| 12/31/2014 | 12/30/2015 | 7/1/2015 | 3.45 | 0.09 | $ 1,677.68 | $ 521.64 |
| 1/1/2017 | 6/16/2018 | 9/23/2017 | 1.22 | 0.09 | $ 3,408.96 | $ 374.47 |
| | | | | | **TOTAL CPLR INTEREST OWED TO DATE:** | **$ 896.12** |

|  | FOR SETTLEMENT PURPOSES ONLY |
|---|---|
|  | ESTIMATED CALCULATION OF DAMAGES |
|  | RODOLFO CORDERO GONZALEZ |

| NYLL LIQUIDATED DAMAGES | | | |
|---|---|---|---|
| Year | Comp Owed | LD % | LD Per Year |
| **2014** | $ 5.36 | 100% | $ 5.36 |
| **2015** | $ 1,672.32 | 100% | $ 1,672.32 |
| **2017** | $ 2,208.96 | 100% | $ 2,208.96 |
| **2018** | $ 1,200.00 | 100% | $ 1,200.00 |
| **TOTAL NYLL LIQUIDATED DAMAGES:** | | | $ 5,086.64 |

| | |
|---|---|
| Total FLSA/NYLL Overtime Compensation Owed: | $ 3,408.96 |
| Total NYLL Minimum Wages Owed: | $ 1,677.68 |
| Total NYLL 195(3) Statutory Penalties: | $ 5,000.00 |
| Total NYLL Liquidated Damages Owed: | $ 5,086.64 |
| Total CPLR Interest Owed: | $ 896.12 |
| **\*ESTIMATED TOTAL:** | $ 16,069.40 |
| *\*Plus reasonable attorneys' fees, costs and disbursements* | |

*This Calculation is Subject to Change During Conduction of Discovery in This Action*